1 | Amy P. Lally (SBN 198555)
2 | alally@sidley.com
  | SIDLEY AUSTIN LLP
3 | 1999 Avenue of the Stars
  | 17th Floor
4 | Los Angeles, CA 90067
  | Telephone: +1 310 595 9662
5 | Facsimile: +1 310 595 9501

*Attorney for Defendant*
*Quest Diagnostics Incorporated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| EMORY GRAUBERGER, | Case No. 3:19-cv-03102-SK |
|---|---|
| Plaintiff, | Assigned to the Honorable Sallie Kim |
| vs. | **NOTICE OF APPEARANCE OF AMY P. LALLY ON BEHALF OF DEFENDANT QUEST DIAGNOSTICS INCORPORATED** |
| QUEST DIAGNOSTICS INCORPORATED, et al., | |
| Defendants. | |

**TO THE HONORABLE COURT AND CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amy P. Lally (SBN 198555), an attorney of the law firm Sidley Austin LLP and admitted to practice in the United States District Court for the Northern District of California, hereby enters her appearance in the above-captioned matter as counsel of record for Defendant Quest Diagnostics Incorporated.

Amy P. Lally respectfully requests that all pleadings and other documents be served upon her at Sidley Austin LLP, as set forth below:

| | |
|---|---|
| 1 | Amy P. Lally |
| 2 | SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor |
| 3 | Los Angeles, CA  90067<br>Telephone:  (310) 595-9500 |
| 4 | Facsimile:  (310) 595-9501<br>Email: alally@sidley.com |

DATED: July 9, 2019                              SIDLEY AUSTIN LLP

By: /s/ *Amy P. Lally*
   Amy P. Lally

*Attorney for Defendant Quest Diagnostics Incorporated*

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars 17th Floor, Los Angeles, CA 90067.

On July 9, 2019, I served the foregoing document(s) described as **NOTICE OF APPEARANCE OF AMY P. LALLY ON BEHALF OF DEFENDANT QUEST DIAGNOSTICS INCORPORATED** on all interested parties in this action as follows:

American Medical Collection Agency, Inc.
4 Westchester Plz., Suite 110
Elmsford, NY 10523

*Defendant*

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Century City, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2019, at Century City, California.

*/s/ Amber Williams*
Amber Williams

PROOF OF SERVICE