UNITED STATES DISTRICT COURT
for the District of New Jersey [LIVE]
Newark, NJ

IN RE: **AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

MDL Docket Number: 19–2904
Master Docket Number District of New Jersey: 2:19–md–02904–MCA–MAH
Case Number District of New Jersey: 2:19–cv–16541–MCA–MAH

NOTICE TO ALL COUNSEL:

On 08/09/2019 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey: Grauberger v. Quest Diagnostics Incorporated et al.

All communication regarding this litigation should be directed to the Newark, NJ Office. Judge Madeline Cox Arleo, has been assigned to this MDL case. His/Her address is 50 Walnut Street, Newark, NJ 07101 . His/Her Courtroom Deputy is Amy Andersonn and can be reached at 973–645–6328.

The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov and specifically, the ECF Policies and Procedures therein to obtain information on becoming an Electronic Filing User in the District of New Jersey. We refer you to the ECF Policies and Procedures which can be found on the Court's website.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website. Another helpful resource is the New Jersey Federal Practice Rules by Gann Law Books.

Very truly yours,

William T. Walsh, Clerk
By Deputy Clerk, gh